# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY, LLC, | Case No.: 2:22-cv-00294-APG-VCF |
| Plaintiff | **Order Setting Briefing Schedule** |
| v. | [ECF No. 6] |
| QUALITY LOAN SERVICE CORPORATION, et al., | |
| Defendants | |

I ORDER that plaintiff Danny, LLC's motion to shorten time (ECF No. 6) is GRANTED. The defendants shall have until **12:00 noon on Tuesday, February 22, 2022** to respond to the motion for preliminary injunction (ECF No. 5). The plaintiff may file a reply by Wednesday, February 23, 2022. I will conduct a video hearing on the motion for preliminary injunction on **Thursday, February 24, 2022 at 2:30 p.m**. The courtroom administrator will provide counsel with the link to attend the videoconference.

DATED this 17th day of February, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE