JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Telephone:     (702) 870-1777
Facsimile:     (702) 870-0500
Email: yosuphonglaw@gmail.com

*Attorney  for Danny, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANNY, LLC, a Nevada limited liability company, | Case No.: 2:22-cv-00294-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR REMAND TO STATE COURT** |
| QUALITY LOAN SERVICE CORPORATION, a California corporation registered with the Nevada Secretary of State; NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company registered with the Nevada Secretary of State; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Defendant, NewRez LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) and Plaintiff, Danny, LLC (**Danny**), by and through their attorneys of record, file this stipulation to remand this case to State Court. In support of this stipulation, the parties state as follows:

1.     On February 16, 2022, Defendant, Shellpoint, filed its Petition for Removal of this case from the Eighth Judicial District Court, case number A-22-847704-C [ECF N0.1].

1        2.     Defendant, Shellpoint's, Petition for Removal was based on diversity jurisdiction under

2    28 U.S.C. Sec. 1332.  Diversity jurisdiction "requires 'complete diversity' of citizenship, meaning that

3    the 'citizenship of each plaintiff is diverse from the citizenship of each defendant.'" *Demarest v.*

4    *HSBC Bank USA, N.A.*, 920 F. 3d 1233, 1226 (9th Cir. 2019) (quoting *Caterpillar Inc. v. Lewis*, 509

5    U.S. 61, 68 (1996)).

6        3.     Plaintiff, Danny, is a Nevada limited liability company and, therefore, is "a citizen of

7    every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*,

8    437 F.3d 894, 899 (9th Cir. 2006).  Since the establishment and organization of Plaintiff, Danny, in

9    2019, the owners/members of Plaintiff, Danny, are and continue to be Portfolio Management LLC, a

10   California limited liability company and Farhad Yazdinian, a natural person. Farhad Yazdinian  has

11   been, and continues to permanently reside and be permanently domiciled in the State of California as

12   he has his true, fixed, and permanent home and principal establishment in the State of California and

13   he intends to return to the State of California whenever he is absent from it. Farhad Yazdinian,

14   therefore, is a citizen of the State of California.

15       4.     Defendant, Quality Loan Servicing Corporation, is a California corporation wherein a

16   corporation is a citizen of both its state of incorporation and the state where it has its principal place of

17   business.  *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010) (quoting 28 U.S.C. Sec. 1332 ( c) (1).

18   Defendant, Quality Loan Servicing Corporation, therefore, is a citizen of the State of California.

19   ...

20   ...

21   ...

22   ...

23   ...

24   ...

25   ...

26   ...

27   ...

28   ...

1       5.     Based on the following, the parties submit that diversity jurisdiction for this case does

2   not exist and, therefore, request and stipulate for remand of this case to State Court.

3

4   DATED: February 28, 2022.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| */s/ Natalie L. Winslow* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Joseph Y. Hong* <br> JOSEPH Y. HONG, ESQ. <br> Nevada Bar No. 5995 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, NV 89135 <br><br> *Attorney for Danny, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:22-cv-00294-APG-VCF

DATED:    March 1, 2022